# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131331

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARREN RUFUS BROWN,
      Defendant-Appellant.

SC: 131331
COA: 269653
Wayne CC: 94-012673

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the application for leave to appeal the April 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

p1023